AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint    Agent: BPA Michael Everson Telephone: (313) 926-4700

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Samuel CLAUDIO-ESPEJO

Case No.

Case: 2:26−mj−30038
Assigned To : Unassigned
Assign. Date : 1/22/2026
Description: RE: SAMUEL
CLAUDIO−ESPEJO (EOB)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2026__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Everson, BPA
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 22, 2026__

_____
Judge's signature

City and state: __Detroit, MI__    David R. Grand, U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Samuel CLAUDIO-ESPEJO, which reveals the following:

2. CLAUDIO-ESPEJO is a forty-nine-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about November 19, 2005, CLAUDIO-ESPEJO was arrested by Oakland County Sheriff's department for Operating While Intoxicated (OWI). CLAUDIO-ESPEJO's had a blood/alcohol level of .15. That incident involved a crash of his vehicle into a ditch after striking a wooden bridge and a mailbox. He was convicted of the offense on or about February 9, 2006. Sentence is unknown.

4. On or about June 21, 2012, CLAUDIO-ESPEJO was arrested by Border Patrol Agents near Cotulla, Texas. He was granted a Voluntary Return to Mexico the same date.

5. On or about February 17, 2016, CLAUDIO-ESPEJO was convicted of OWI second offense in the 50th District Court in Pontiac, MI. He was sentenced to 5 days' incarceration, and 12 months' probation.

6. On or about February 22, 2016, CLAUDIO-ESPEJO was arrested by Immigration and Customs Enforcement in Detroit, MI, and he was processed for Notice to Appear.

7. On March 21, 2016, CLAUDIO-ESPEJO was ordered removed by an Immigration Judge in Detroit, MI.

8. On or about March 29, 2016, CLAUDIO-ESPEJO was removed from the United

    States to Mexico through Laredo, Texas.

9. On or about July 19, 2016, CLAUDIO-ESPEJO was arrested in Michigan for Driving Under the Influence. No further records were found for that arrest.

10. On January 18, 2026, Detroit Border Patrol Agents encountered CLAUDIO-ESPEJO following a request by Warren Police Department to identify a subject that they had in custody for improper display of license plate and obstructed view or control. CLAUDIO-ESPEJO stated he was a citizen of Mexico, and he did not have any official immigration documentation that would allow him to legally be in the United States.

11. CLAUDIO-ESPEJO was transported to the Detroit Border Patrol Station for processing. Record checks revealed that he had an active criminal bench warrant for failure to appear for a Driving Under the Influence charge dated July 19, 2016. Border Patrol Agents contacted Michigan State Police and were advised they would not take custody at this time for the active warrant. His prior order of removal was reinstated.

12. Samuel CLAUDIO-ESPEJO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that CLAUDIO-ESPEJO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that CLAUDIO-ESPEJO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

13. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. Review of the Alien File (A# xxx xxx 911) for Samuel CLAUDIO-ESPEJO and queries in Department of Homeland Security databases confirm no record exists of CLAUDIO-ESPEJO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to

re-apply for admission to the United States following his removal on March 29, 2016.

15. Based on the above information, I believe there is probable cause to conclude that CLAUDIO-ESPEJO, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

January 22, 2026